Case 4:18-cr-00360-JM   Document 1   Filed 07/11/18   Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 11 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:18-CR- 00360 JM |
| | ) | |
| v. | ) | Violations: |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| | ) | 18 U.S.C. § 922(g)(1) |
| KEITH JARRETT | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about March 7, 2018, in the Eastern District of Arkansas, the defendant,

**KEITH JARRETT,**

did knowingly and intentionally possess with the intent to distribute methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

A. Prior to March 7, 2018, in the Eastern District of Arkansas, the defendant,

**KEITH JARRETT,**

had previously been convicted in Docket Number CR2009-003433, in the Circuit Court of Pulaski County, Arkansas, of Possession of Firearms by Certain Person, and Aggravated Assault of a Family Member.

B. The crimes set forth in paragraph A were punishable by a term of imprisonment exceeding one year.

C. On or about March 7, 2018, in the Eastern District of Arkansas, the defendant,

**KEITH JARRETT,**

did knowingly possess, in and affecting commerce, one Rossi, .38 caliber revolver, bearing serial number Q196991.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

On or about March 7, 2018, in the Eastern District of Arkansas, the defendant,

**KEITH JARRETT,**

did knowingly possess a firearm, that is, one Rossi, .38 caliber revolver, bearing serial number Q196991, in furtherance of a drug trafficking crime for which he can be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, as charged in Count One of this Indictment, thereby violating Title 18, United States Code, Section 924(c)(1)(A).

[End of text. Signature page to follow.]